IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

          Plaintiff,

   v.

**SUPERIOR PLUS CORP.** and
**CANEXUS CORP.,**

          Defendants.

Civil Action No. _____-cv-_____

**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION AND MEMORANDUM TO FILE COMPLAINT AND RELATED PAPERS UNDER SEAL**

Plaintiff Federal Trade Commission respectfully moves the Court for an order, pursuant to Fed. R. Civ. P. 5.2, 7(b), and 26(c) and Local Civil Rule 5.1(h), directing the Clerk of the Court to file under seal the Complaint and the Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Memorandum"), including accompanying exhibits (collectively, "Complaint and Related Papers"). The proposed sealing would be temporary, until Plaintiff can confer with Defendants and third parties about appropriate redactions and either file a redacted complaint or allow Defendants and third parties to seek a protective order.

The filing of the Complaint and need for injunctive relief are time sensitive and, therefore, we respectfully ask that the Court rule on this motion as quickly as possible.

The Complaint and Related Papers contain sensitive and confidential business information of Defendants and third parties entitled to confidential treatment under 15 U.S.C. §§ 18a, 46, 57b-2 and 16 C.F.R. § 4.10. The filing of these papers under seal is proper under *United*

*States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), which controls decisions within this Circuit on whether to seal or redact court records.

After the Complaint and Related Papers are filed, Plaintiff will confer with Defendants and third parties to determine whether it is practicable to jointly seek court approval of redacted papers, or enable Defendants and third parties, at their own instance, the opportunity to seek a protective order.  Plaintiff then will promptly file redacted papers consistent with any resulting order.

In the Complaint and Related Papers, the Commission seeks a temporary restraining order and a preliminary injunction to enjoin the acquisition of Canexus Corp. by Superior Plus Corp., as a violation of section 7 of the Clayton Act, 15 U.S.C. § 18, and section 5 of the FTC Act, 15 U.S.C. § 45.  This Complaint is the product of an investigation the Commission has conducted during the past eight months pursuant to the FTC Act, 15 U.S.C. § 41 *et seq*.  The Commission authorized its staff to file this Complaint on June 27, 2016.  Pursuant to a timing agreement between the parties, absent entry of the temporary restraining order requested in the Related Papers, Defendants will be able to close the transaction on Tuesday, June 28, 2016, at 5:30 pm.

The Complaint and Related Papers contain sensitive and confidential business information produced to the Commission by Defendants and third parties during the Commission's investigation.  This includes confidential information drawn from the business plans and documents of third parties, *e.g.*, paragraphs 50 and 59 of the Complaint and page 14 of the Memorandum, as well as confidential information drawn from the business plans, documents, and investigational disclosures of Defendants, *e.g.*, paragraph 64 of the complaint.  The Complaint and Memorandum also include confidential financial information drawn from

Defendants, *e.g.*, paragraph 31 of the Complaint and page 23 of the Memorandum, as well as confidential financial information drawn from third parties, *e.g.*, paragraph 58 of the complaint.

Defendants and third parties produced this information in confidence during Plaintiff's investigation, based upon the statutory and regulatory guarantees of the Commission that it would be treated as confidential under the Hart-Scott-Rodino Act or the FTC Act. *See* 15 U.S.C. §§ 18a(h), 46(f), 57b-2(b), 57b-2(c); 6 C.F.R. § 4.10(d), (e), (f), (g). Because information in the Complaint and Related Papers is subject to statutory and regulatory confidentiality protections, the Court should grant this motion to temporarily seal the Complaint and Related Papers. *See* Hubbard, 650 F.2d at 315–17.

Once this case is assigned to a district judge, Plaintiff will notify Defendants and the relevant third parties that the Complaint and Memorandum contain their confidential information. Then, the Commission will initiate negotiations with Defendants and third parties to file a joint motion asking the Court to approve redacted documents. Alternatively, if the parties cannot reach an agreement, the Commission or Defendants may unilaterally move to unseal the documents or to file a redacted version of the materials. Additionally, Defendants or third parties may file motions with the Court for an order protecting against disclosure the papers they believe are entitled to confidential treatment. Fed. R. Civ. P. 26(c).

### Conclusion

Given the nature of the confidential and competitively sensitive information contained in the Complaint and Memorandum, examples of which are detailed above, Plaintiff respectfully requests the Court issue an Order directing the Clerk of the Court to file under seal, until further order, the Complaint and Related Papers.

A proposed order is attached.

Dated: June 27, 2016                        Respectfully submitted,

                                    By:  _____
                                    Tara Reinhart
                                    (D.C. Bar 462106)
                                    Chief Trial Counsel
                                    Federal Trade Commission
                                    Bureau of Competition
                                    400 Seventh Street, N.W.
                                    Washington, D.C. 20024
                                    202-326-2638
                                    TReinhart@ftc.gov

                                    *Counsel for Plaintiff Federal Trade Commission*