## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

                         Plaintiff,

           v.

SUPERIOR PLUS CORP. and
CANEXUS CORP.,

                 Defendants.

Case: 1:16-cv-01338
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/27/2016
Description: TRO/PI

## ~~[PROPOSED]~~ ORDER DIRECTING THAT
## THE COMPLAINT AND RELATED PAPERS BE FILED UNDER SEAL

Upon consideration of Plaintiff Federal Trade Commission's Motion to File Complaint and Related Papers Under Seal, it is hereby

ORDERED, that the Complaint and Related Papers be filed under seal until further Order of the Court; and

ORDERED, that Plaintiff Federal Trade Commission may at any time file on the public record versions of the Complaint and Related Papers that do not reveal Confidential Material; and it is further

ORDERED, that Confidential Material includes material and information contained therein that is defined or treated as confidential under Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure; Sections 6(f), 21(b), or 21(c) of the Federal Trade Commission Act, 15 U.S.C. §§ 46(f), 57b-2(b), 57b-2(c); Commission Rule 4.10(d), 16 C.F.R. § 4.10(d); or Section 7A(h) of the Clayton Act, 15 U.S.C. § 18a(h); and it is further

ORDERED, that any party may move to unseal some or all of the Complaint and Related Papers after the Defendants have had a full opportunity to review such motion and after the parties have discussed the motion in a good-faith effort to determine whether there is any opposition to such a motion.

ISSUED this ___27th___ day of ___June___, 2016, at ___4:00___ a.m./p.m.

SO ORDERED:

_____
United States District Court Judge

6

## NAMES OF PERSONS TO BE SERVED

Tara Reinhart
(D.C. Bar 462106)
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
400 Seventh Street, N.W.
Washington, D.C. 20024

Counsel for Plaintiff Federal Trade Commission

Paul Cuomo
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
202-639-7923
paul.cuomo@bakerbotts.com

Counsel for Defendant Superior Plus Corp.

Pamela Taylor
Jones Day
77 West Wacker
Chicago, IL 60601
312-269-4327
ptaylor@jonesday.com

Counsel for Defendant Canexus Corp.